# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2/19/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail Tracking Number )
9505514021111047525284 postmarked February 16, )
2021 )

Case No. 3:21-mj-65

Kimberly Jolson

**APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505514021111047525284, addressed to MRS. MAVLdin 121 WALton AVE. DAYton, OH 45417, with a return address of BROOK MAVLdin 1645 W. PCH WiLmington, CA 90744

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X evidence of a crime;

X contraband, fruits of crime, or other items illegally possessed;

X property designed for use, intended for use, or used in committing a crime;

❐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

❐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Joseph L Rossiter*   Digitally signed by Joseph L Rossiter
Date: 2021.02.19 12:38:16 -05'00'

*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date:  2/19/2021 

Kimberly A. Jolson
United States Magistrate Judge

City and state:  Columbus, OH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF

Case No. 3:21-mj-65 _____

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false

1

or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On February 19, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail flat rate box, bearing tracking number 9505514021111047525284, postmarked February 16, 2021, with the following address information:

        **Sender**:    BROOK MAVLdin
                          1645 W. PCH
                          WiLmington, CA 90744

       **Addressee**:   MRS. MAVLdin
                          121 WALton AVE.
                          DAYton, OH
                          45417

Through training and experience as a Postal Inspector, I know that Southern California is known drug source location.

4. I performed a check in CLEAR database for the addressee's information on the Package of "MRS. MAVLdin 121 WALton AVE. DAYton, OH 45417." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Mrs. Mavldin" associated with 121 Walton Ave, Dayton, OH 45417.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "BROOK MAVLdin 1645 W. PCH WiLmington, CA 90744." According to CLEAR, there is no "Brook Mavldin" associated with 1645 W PCH, Wilmington, CA 90744.

6. On February 19, 2021, at my request, Dayton Police Department Officer Seth Gabbard conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. Prior to conducting the "free air" check, I placed the Package in a room with multiple similar and like packages. As set forth in the attached affidavit of Officer Gabbard, "Jake" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Jake" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) no known association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L Rossiter
Digitally signed by Joseph L Rossi
Date: 2021.02.19 12:38:44 -05'00'

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this  19th  day of  February , 2021.



Kimberly A. Jolson
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **Seth Gabbard**, am and have been employed by the **Dayton Police Department** since **01/19**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Jake**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **2/19/21**, at the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "**Jake**" did alert to and indicate upon: [describe item]

9505 5140 2111 1047 5253 84
BROOK MAULdin          MRS. MAuldin
1645 W. PCH            121 WALton AVE
WILMington, CA 90744   Dayton, OH 45417

Which, based upon my training and experience and that of "**Jake**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_Seth E. Adford 27990  02/19/21_
(Signature, Badge #, and Date)

_[signature]  2/19/21_
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH  45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009